AO 450 (SCD 04/2010)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

Patricia T. Patterson,
*Plaintiff*

v.                                                    Civil Action No.    3:10-3019-MBS

J. Russell Goudelock, II; Hugh McAngus; and
Jay Courie
*Defendants*

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: the plaintiff shall take nothing of the defendants and the complaint is dismissed without prejudice and without issuance and service of process.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Margaret B. Seymour, United States District Judge presiding.  The court having adopted the Report and Recommendation of Magistrate Judge Bristow Marchant to dismiss.


Date:   June 30, 2011                                      *CLERK OF COURT*

                                                           s/Angie Snipes
                                                           *Signature of Clerk or Deputy Clerk*